■ GERALDINE C. RUDDY, Appellant, v. ROBERT M. RUDDY, Respondent.— Order entered December 11, 1961, modifying the judgment of separation dated February 23, 1960, by reduction of the weekly payments to plaintiff in said judgment provided, unanimously reversed, on the law and on the facts and in the exercise of discretion, the provisions of said judgment for payment to plaintiff of sums aggregating $75 per week are reinstated as of March 14, 1961, and plaintiff is granted a counsel fee of $250, with $10 costs and disbursements to appellant. Order entered February 14, 1962 unanimously modified, on the law and on the facts and in the exercise of discretion, to the extent of striking all provisions for stay of execution, and otherwise affirmed, with $10 costs and disbursements to appellant. Defendant has failed to establish satisfactorily such a change in his financial circumstances as would justify either reducing the alimony and support provisions originally recited in the judgment of separation or conditionally staying the judgment for arrears. In so concluding we have taken cognizance of the fact that the business firm in which defendant is employed and in which he has a substantial interest is entirely controlled by himself and members of his immediate family. Settle order on notice. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ In the Matter of PETER JOSEPH HABERKORN.— Motion for reinstatement to the Bar denied. Concur — Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ (A) MARJORIE DEUTSCH, v. DOCTORS HOSPITAL, INC. Concur — Botein, P. J., Breitel, Valente, Steuer and Bergan, JJ. (B) JAMES J. MAGRATH v. 173RD STREET CORP. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.— [In each action] Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs.

■ BERRY BAKER v. STEPHEN BAKER.— Motion for leave to appeal to the Court of Appeals and to amend the record on appeal denied. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of WILLIAM HIRSCHER, v. ROBERT E. HERMAN as State Rent Administrator.— Motion for leave to reargue and for resettlement denied, with $10 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of ANITA WILSON v. ARMAND D'ANGELO, as Commissioner of Water Supply, Gas and Electricity of the City of New York.— Motion to dispense with printing granted insofar as to permit the proceeding to be heard on the original record, without printing the same, and upon typewritten or mimeographed petitioner's points, upon condition that the petitioner serves one copy of the typewritten or mimeographed petitioner's points on the Corporation Counsel of the City of New York and files 6 typewritten or 19 mimeographed copies of petitioner's points, together with the original record, with this court. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ MERRITT CORPORATION v. MILTON A. BASS.— Motion for a stay denied. That branch of the motion requesting permission to file supplemental appellant's points is granted on condition that said supplemental appellant's points are served and filed on or before August 30, 1962. If the appellant fails to comply with the condition imposed, the respondents may enter an order dismissing the appeal without notice to the appellant. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.